July 02, 2010

Mr. Donald S. Glywasky
Galveston County Legal Dept.
County Courthouse, 5th Floor
722 Moody
Galveston, TX 77550

Mr. Thomas W. McQuage
Attorney at Law
P.O. Box 16894
Galveston, TX 77552-6894
Mr. Richard Hugh Branson
Attorney at Law
P.O. Box 1534
League City, TX 77574

RE: Case Number: 09-0236
 Court of Appeals Number: 01-08-00371-CV&01-08-00372-CV
 Trial Court Number: 3318

Style: THE STATE OF TEXAS
 v.
 K.E.W.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Mary Ann Daigle |
| |Ms. M. Karinne |
| |McCullough |
| |Ms Beth Mitchell |